**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **GRADY RENARD WILLIAMS, Jr.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-61 (MTT) |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Grady Renard Williams, Jr.'s motion to vacate judgment based on fraud. Williams objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which Williams objects. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 12) is **ADOPTED** and made the Order of the Court, and Williams's motion to vacate (Doc. 10) is **DENIED**.

**SO ORDERED**, this 16th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT